KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

1
2
3
4
5
6
7
8
9
10
11              UNITED STATES DISTRICT COURT
12                   DISTRICT OF NEVADA

13  SCOTTSDALE INSURANCE COMPANY,          Case No.: CV-S-05-0706-LRH-RJJ
    an Ohio corporation,
14                                          **STIPULATION BETWEEN
                        Plaintiff,          COUNSEL FOR AN EXTENSION OF
15                                          TIME TO RESPOND TO MOTION
        vs.                                 FOR SUMMARY JUDGMENT
16                                          [FIRST REQUEST]**
    PATRICK C. McCLAIN, an individual dba A
17  ADMIRAL PREMIER POOL & SPAS, AA
    PREMIER POOLS & SPA and PARADISE
18  POOLS, AA PREMIER POOLS & SPAS,
    INC., a Nevada corporation, NATIONAL
19  FIRE & MARINE INSURANCE COMPANY,
    a Nebraska corporation, BIG HORN
20  HOMEOWNERS ASSOCIATION, INC., a
    Nevada nonprofit corporation, TRI-
21  SHAMROCK CONTRACTORS, INC., a
    Nevada corporation, BIG HORN, LLC, a
22  Nevada Limited Liability Company, and
    DOES 1 through 5, inclusive,
23
                        Defendants.
24
25
26
27
28

143776.doc (7009-1)                          1

NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation,

Cross-Claimant,

vs.

PATRICK McCLAIN, an individual,

Cross-Defendant.

Counsel for Plaintiff McClain and Defendant, National Fire & Marine Insurance Company, stipulate and agree, that National Fire & Marine Insurance Company may have additional time through Thursday, January 24, 2008 to respond to the Plaintiff's pending Motion for Summary Judgment, filed December 21, 2007. This is the first request for extension of time to file the responding (opposition) papers. The parties acknowledge that the matters are complicated and the evidence submitted by Patrick McClain through counsel, detailed The motion was filed before the hiatus between the two holidays and thus working time available to respond is less than normal. This request for extension of time is not sought for purposes of delay.

DATED this ____ day of January, 2008.

KOLESAR & LEATHAM, CHTD.

BY: _____
Allan J. Lefebvre
3320 W. Sahara Avenue, Suite 380
Las Vegas, NV 89102

ATTORNEYS FOR DEFENDANT
NATIONAL FIRE & MARINE
INSURANCE COMPANY

DRASKOVICH & ORONOZ

BY: _____
Thomas A. Ericsson
15 South Casino Center Blvd.
Las Vegas, NV 89101-6718

ATTORNEYS FOR PATRICK McCLAIN

ORDER

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: January 10, 2008