ALAN J. LEFEBVRE, ESQ.
Nevada Bar No. 000848
MATTHEW J. CHRISTIAN, ESQ.
Nevada Bar No. 008024
**KOLESAR & LEATHAM, CHTD.**
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-mail:  alefebvre@klnevada.com
          mchristian@klnevada.com

Attorneys for Defendant
National Fire & Marine Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK C. McCLAIN, an individual dba A ADMIRAL PREMIER POOL & SPAS, AA PREMIER POOLS & SPA and PARADISE POOLS, AA PREMIER POOLS & SPAS, INC., a Nevada corporation, NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation, BIG HORN HOMEOWNERS ASSOCIATION, INC., a Nevada nonprofit corporation, TRI-SHAMROCK CONTRACTORS, INC., a Nevada corporation, BIG HORN, LLC, a Nevada Limited Liability Company, and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No.: CV-S-05-0706-LRH--RJJ<br><br>**STIPULATION BETWEEN COUNSEL EXTENDING TIME** [FOR NATIONAL FIRE & MARINE INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT] **THROUGH FEBRUARY 12, 2008; REQUEST THAT THE COURT APPROVE THE STIPULATION AND PERMIT ADDITIONAL TIME**<br><br>[NATIONAL FIRE'S SECOND REQUEST] |

Stipulation Between.doc (7009-1)                     1

| |
|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation,<br><br>                Cross-Claimant,<br>vs.<br><br>PATRICK McCLAIN, an individual,<br><br>                Cross-Defendant. |

### AS TO DEFENDANT'S PENDING MOTION

Counsel stipulate and agree that Plaintiff may serve and file its Opposition to Defendant's Motion For Summary Judgment on or before January 26, 2008.

### FURTHER STIPULATION

Counsel for Plaintiff Patrick McClain and defendant, National Fire & Marine Insurance Company, further stipulate and agree that National Fire & Marine Insurance Company may have additional time through and including February 12, 2008, in which to respond to Plaintiff's Motion for Summary Judgment.

### REASONS THAT NATIONAL FIRE IS IN NEED OF ADDITIONAL TIME

Undersigned counsel for defendant attests that a draft of the opposition to the plaintiff's dispositive motion has been in existence for more than a week and is in need of substantial revision. Although the body of the motion to which it responds, is 24 pages, the entire filing, including exhibits and other supporting papers is 282 pages. Undersigned defense counsel reports to the General Counsel's office of the defendant insurer, which wishes to more fully vet the papers in existence and has requested a revision and amplification in the opposition of matters concerning the state of the record, made part of the moving papers. If the Court grants the time through February 12, 2008, the vetting process and consultation necessary with the client can take place. Undersigned counsel is outbound on business to New York for most of the next week, January 28, 2008 through February 2, 2008. Counsel is confident that this amount of time through February 12, 2008, will allow sufficient scrutiny by the client and vetting of the brief in opposition to plaintiff's motion. Both plaintiff and defendant have filed dispositive

motions and it is likely that disposition will greatly truncate the proceedings scheduled for trial on April 29, 2008.

This Stipulation is sought in good faith and not for purposes of delay.

DATED this 24 day of January, 2008.

KOLESAR & LEATHAM, CHTD.

BY: _____
Alan J. Lefebvre
3320 W. Sahara Avenue, Suite 380
Las Vegas, NV 89102

ATTORNEYS FOR DEFENDANT
NATIONAL FIRE & MARINE
INSURANCE COMPANY

DRASKOVICH & ORONOZ

BY: _____
Thomas A. Ericsson
13 South Casino Center Blvd.
Las Vegas, NV 89101-6718

ATTORNEYS FOR PATRICK
McCLAIN

ORDER

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: January 25, 2008