# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA - RENO

| | |
|---|---|
| PATRICK McCLAIN, an individual d/b/a A. ADMIRAL PREMIER POOLS & SPAS, AA PREMIER POOLS & SPA and PARADISE POOLS, and AA PREMIER POOLS & SPAS, INC., a Nevada corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation, and DOES 1 through 5, inclusive,<br><br>     Defendants. | Case No: CV-S-05-0706-LRH-RJJ<br><br>**ORDER TO EXTEND TIME TO REPLY** |

IT IS HEREBY ORDERED:

Pursuant to the parties' Stipulation of February 8, 2008, National Fire & Marine Insurance Company's Reply date can be continued for one day, to February 12, 2008, to allow the filing of a Joint Reply/Opposition.

DATED this 13th day of February, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

-1-