UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK MCCLAIN, an individual dba A ADMIERAL PREMIER POOL & SPAS, AA PREMIER POOLS & SPAS, INC., a Nevada corporation<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation, and DOES 1 through 5, inclusive<br><br>Defendants. | Case No.: CV-S-05-0706-LRH-RJJ<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION**; **ORDER** |

It is hereby agreed to and stipulate that Plaintiff Patrick McClain, et al, by and through his counsel of record, Thomas A. Ericsson, shall have an extension of time to file a response to

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Defendant National Fire & Marine Insurance Company's Motion To Name Scottsdale Insurance Company As A Real Party In Interest (Docket No. 96) until and including October 10, 2008.

DATED this 29th day of September, 2008.

| ELLSWORTH MOODY & BENNION | CHRISTIAN-KRAVITZ, LLC |
|---|---|
| __/s/ Thomas Ericsson_____<br>Thomas A. Ericsson, Esq.<br>Nevada Bar No. 4982<br>7881 W. Charleston Blvd., Ste. 210<br>Las Vegas, NV 89117<br>(702) 658-6100<br>Attorney for Plaintiffs | __/s/Kevin Barrett_____<br>Kevin C. Barrett, Esq.<br>Nevada Bar No. 8959<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, NV 89123<br>(602) 792-1700<br>Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

DATED this 30th day of September, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE