UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PATRICK McCLAIN, an individual d/b/a A. ADMIRAL PREMIER POOLS & SPAS, AA PREMIER POOLS & SPA and PARADISE POOLS, and AA PREMIER POOLS & SPAS, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation,<br><br>Defendant. | 2:05-CV-00706-LRH-RJJ<br><br>ORDER |

Before the court is Defendant National Fire and Marine Insurance Company's Request for Additional Time for Discovery and Motion for Summary Judgment (#111[1]). Defendant asks this court to extend the discovery deadline for at least 90 days and the motion deadline for an additional 30 days after the discovery deadline.

The court will grant Defendant's motion but not to the extent Defendant requests. In view of the matters for which Defendant seeks further discovery, the court grants a 60-day extension for discovery with 30 additional days to file a renewed motion for summary judgment.

The court reminds Defendant that discovery and any renewed motion for summary

---

[1] Refers to the court's docket

judgment is limited to the issue of Defendant's coverage for the Big Horn litigation's settlement. (Feb. 24, 2009, Order (#110) at 4:12-14.)

IT IS THEREFORE ORDERED that Defendant's Request for Additional Time for Discovery and Motion for Summary Judgment (#111) is GRANTED in part and DENIED in part. The parties are granted a 60-day extension to conduct further discovery and 30 additional days to file a renewed motion for summary judgment.

IT IS SO ORDERED.

DATED this 31st day of March 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE