1

2

3

4

5                         UNITED STATES DISTRICT COURT

6                              DISTRICT OF NEVADA

7

8    PATRICK MCCLAIN, an individual dba
     A ADMIERAL PREMIER POOL &
9    SPAS, AA PREMIER POOLS & SPAS,              Case No.: CV-S-05-0706-LRH-RJJ
     INC., a Nevada corporation
10
11                          Plaintiffs,
12   vs.                                         **STIPULATION FOR EXTENSION
                                                 OF TIME TO FILE REPLY
13   NATIONAL FIRE & MARINE                      TO MOTION FOR SUMMARY
     INSURANCE COMPANY, a Nebraska               JUDGMENT**
14   corporation, and DOES 1 through 5,          ORDER
     inclusive
15
16                          Defendants.

17          It is hereby agreed to and stipulated that Plaintiff Patrick McClain,  by and through his

18   counsel of record, Thomas A. Ericsson, shall have an extension of time of nine days to file a

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

     / / /

1  reply to Defendant National Fire & Marine Insurance Company's Motion For Summary

2  Judgment (Docket No. 119) until and including July 29, 2009.

3  DATED this 16th day of July, 2009.

4  ELLSWORTH MOODY & BENNION          CHRISTIAN-KRAVITZ, LLC

5

6  ____/s/ Thomas A. Ericsson_____          ____/s/ Kevin C. Barrett_____
   Thomas A. Ericsson, Esq.                    Kevin C. Barrett, Esq.
7  Nevada Bar No. 4982                         Nevada Bar No. 8959
   7881 W. Charleston Blvd., Ste. 210          8985 S. Eastern Ave., Ste. 200
8  Las Vegas, NV 89117                         Las Vegas, NV 89123
   (702) 658-6100                              (602) 792-1700
9  Attorney for Plaintiffs                     Attorneys for Defendant

10

11                          **<u>ORDER</u>**

12      IT IS SO ORDERED.

13      DATED July 20          , 2009.

14

15                          _____
                            UNITED STATES DISTRICT COURT JUDGE
16

17                          # # #

18

19

20

21

22

23

24

25

26

27

28