UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA - RENO

| | |
|---|---|
| PATRICK McCLAIN, an individual d/b/a A. ADMIRAL PREMIER POOLS & SPAS, AA PREMIER POOLS & SPA and PARADISE POOLS, and AA PREMIER POOLS & SPAS, INC., a Nevada corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation, and DOES 1 through 5, inclusive,<br><br>　　　　　　Defendants. | Case No: CV-S-05-0706-LRH-RJJ<br><br>**ORDER** |

IT IS HEREBY ORDERED:

Good cause having been found, National Fire & Marine Insurance Company's deadline to submit its Reply to Plaintiff's Response to its Motion for Summary Judgment is hereby extended to and including August 24, 2009.

DATED: This 10th day of August, 2009

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE