UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA - RENO

| | |
|---|---|
| PATRICK McCLAIN, an individual d/b/a A. ADMIRAL PREMIER POOLS & SPAS, AA PREMIER POOLS & SPA and PARADISE POOLS, and AA PREMIER POOLS & SPAS, INC., a Nevada corporation,<br><br>        Plaintiff,<br>vs.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation, and DOES 1 through 5, inclusive,<br><br>        Defendants. | Case No: CV-S-05-0706-LRH-RJJ<br><br>**ORDER TO EXTEND TIME TO RESPOND** |

Pursuant to the parties' Stipulation of October 7, 2009, and good cause being shown,

IT IS HEREBY ORDERED:

National Fire & Marine Insurance Company's Response date is hereby continued for ten days, up to and including October 22, 2009, to Respond to Plaintiff's Motion to Alter or Amend the Judgment.

DATED: This  8th   day of October, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE