UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PATRICK McCLAIN, et al.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY, et al.<br><br>　　　　　Defendants. | 2:05-CV-0706-LRH-RJJ<br><br>ORDER |

It having been brought to the attention of the court that the parties have reached a proposed settlement in this action subject to consent by the court to vacating certain orders entered by the court, specifically documents numbered 88, 110 and 129, and the court having reviewed such orders and confirming that they are limited to the parties in this action, and that they represent neither new precedent nor matters in which there is a public interest which would outweigh the value of the settlement proposed by the parties in this litigation, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the orders comprising documents numbered 88, 110 and 129 in this action shall be VACATED and SEALED upon the filing and entry of a stipulated dismissal executed by all parties in this action.

IT IS SO ORDERED.

DATED this 6th day of November, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE