UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LYNN MCCLAIN, as Special Administratrix of the Estate of Patric McClain, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation; and DOES 1 through 5, inclusive, <br><br> Defendants. | CASE NO. 2:05-CV-0706 LRH (NJK) <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ALL CAUSES OF ACTION BETWEEN ALL PARTIES** |

IT IS HEREBY STIPULATED AND AGREED by and between Kevin Barrett, Esq., counsel for National Fire and Marine Insurance Company and Theodore J. Kurtz, Esq. of Selman Breitman LLP, counsel for the plaintiffs, that all causes of action between plaintiffs and National Fire and Marine Insurance Company, including, but not limited to, all complaints and all counterclaims and crossclaims, and all supplemental and/or amended complaints, counterclaims and crossclaims be dismissed with prejudice with each party to pay their own attorneys' fees and costs.

1

1     No trial date has been scheduled in this matter.

2   DATED: March 22, 2013    SELMAN BREITMAN LLP

5                                     By:    /s/ *Theodore J. Kurtz*

                                                THEODORE J. KURTZ (SBN 1344)
                                                3993 Howard Hughes Parkway, #200
                                                Las Vegas, NV 89169
                                                Telephone:   (702) 228-7717
                                                Facsimile:   (702) 228-8824
                                                Attorneys for Plaintiffs

9   DATED: March 22, 2013    Graif Barrett & Matura, P.C.

                                                By:    /s/ *Kevin C. Barrett*
                                                KEVIN C. BARRETT
                                                1850 N. Central Avenue, Suite 500
                                                Phoenix, AZ 85004
                                                Telephone:   (602) 792.5700
                                                Facsimile:   (602) 792.5710
                                                Attorneys for Defendant National
                                                Fire and Marine Insurance Company

                                              **ORDER**

IT IS SO ORDERED.

DATED this 25th day of March, 2013.

                                                _____
                                                LARRY R. HICKS
                                                UNITED STATES DISTRICT JUDGE